# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 13, 2015

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147727(79)

DANNY EPPS and JOYCE EPPS,
      Plaintiffs-Appellees/
      Cross-Appellants,

v

4 QUARTERS RESTORATION, L.L.C.,
DENAGLEN CORP., d/b/a MBM CHECK
CASHING, EMERGENCY INSURANCE
SERVICES, and TROY WILLIS,
      Defendants-Appellants/
      Cross-Appellees,
and

AM ADJUSTING & APPRAISALS, L.L.C.,
MICHAEL N. ANDERSON, JR., HOME
OWNERS INSURANCE COMPANY, PAULA
MATHEWS, MAXIMUM RESTORATION,
L.L.C., AUTO OWNERS INSURANCE
COMPANY, CHARLES WILLIS, and
COMERICA BANK,
      Defendants.
_____/

SC: 147727
COA: 305731
Wayne CC: 09-018323-NO

      On order of the Chief Justice, the motion of the Michigan Association for Justice for leave to file the amicus curiae brief submitted on March 3, 2015, is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 13, 2015

